# No. B-2

## IN THE MATTER OF JAMES ANDERSON

*August 11, 1808*

*Held:*

A document purporting to show a transaction in a court of one of the states which is not authenticated in the manner prescribed by the several acts of Congress is not a legal basis for imprisonment.